**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6361**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

PHILLIP JAMES WILLIAMS, a/k/a D, a/k/a PJ,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Chief District Judge. (4:09-cr-00073-TLW-1)

Submitted: June 23, 2016        Decided: June 29, 2016

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Philip James Williams, Appellant Pro Se. Robert Frank Daley, Jr., Jimmie Ewing, Stanley D. Ragsdale, Assistant United States Attorneys, Columbia, South Carolina; Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip James Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction under Amendment 780 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Williams, No. 4:09-cr-00073-TLW-1 (D.S.C. filed Feb. 29, 2016, entered Mar. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED